**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-30490
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

DON LEWIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(96-CR-168-T-2)
_____

April 13, 1998

Before GARWOOD, DAVIS and EMILIO M. GARZA, Circuit Judges

PER CURIAM:[*]

In this direct criminal appeal, Lewis raises three issues:

1.  Whether the district court erred in denying Lewis's motion to suppress evidence;

2.  Whether the district court abused its discretion in qualifying Henry Richardson as an expert in identifying drug ledgers;

3.  Whether there was sufficient evidence to support Lewis's conviction for conspiracy.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

After hearing oral argument and reviewing the briefs of the parties and pertinent portions of the record, we are satisfied that the district court committed no reversible error.

AFFIRMED.